UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN E. BROZEK,<br><br>        Plaintiff,<br><br>    v.<br><br>RODRIGUEZ, HAWKINS, ALKINTOLA, GALLOWAY, and SMITH,<br><br>        Defendants. | NO. CV-09-602-JLQ<br><br>**ORDER OF DISMISSAL AS TO DEFENDANTS DOCTORS SMITH and HAWKINS** |

Pursuant to the Stipulation of the Parties (Ct. Rec. 17), the Complaint and claims asserted therein against Defendants **Smith** and **Hawkins,** identified in the Defendants' Answer (C.R. 14) as doctors at Mule Creek State Prison, are **DISMISSED** with prejudice and without the award of costs. The claims against Defendants Rodriguez, Atkintola, and Galloway remain.

**IT IS SO ORDERED.** The Clerk of this court shall enter this Order, enter judgment of dismissal as provided herein and forward copies to Plaintiff and counsel for the Defendants.

Dated this 4th day of February, 2010.

        s/ Justin L. Quackenbush
        JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1